UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTON ESKAM,<br><br>                              Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>                              Defendant. | Case No.: 24-cv-444-RSH-MSB<br><br>**ORDER GRANTING JOINT MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>[ECF No. 15] |

Before the Court is the Parties' Joint Motion for the Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920. ECF No. 15. Having reviewed the Joint Motion and for good cause shown, **IT IS HEREBY ORDERED** that attorneys' fees in the amount of $6,000 and costs in the amount of $405 be awarded subject to the terms of the Joint Motion.

**IT IS SO ORDERED.**

Dated: January 21, 2025

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge